*Raymond J. Markovich*
*Attorney At Law\**

January 28, 2016

*VIA ECF and Email*

Hon. Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street; Room 1950
New York, NY 10007-1312

Re:     *Oksana Baiul et al. v. NBC Sports, a division of NBCUniversal Media, LLC, a Delaware limited liability company, et al.*
        Case No: 15-cv-09920-KBF

Dear Judge Forrest:

I am counsel for Plaintiffs in the above-referenced case ("Case"). I write to the Court in accordance with Rule 1.G of your Individual Practices to request an adjournment of the initial pre-trial conference scheduled for February 16, 2016 at 1:30 P.M.

Defendant NBCUniversal Media, LLC ("NBC") consents to Plaintiffs' request.

The parties propose the soonest available date from March 1, 2016 to March 11, 2016.

This Case was recently removed to this Court and has a pending motion to remand that has not yet been fully briefed. As such, there have been no prior requests for adjournment by Plaintiffs under this Case No: 15-cv-09920-KBF.

The reason for Plaintiffs' request is that the original date is during my vacation. The parties have chosen to propose the soonest available date from March 1, 2016 to March 11, 2016 since counsel for both Plaintiffs and NBC are available during that period.

Respectfully submitted,

*/s/ Raymond J. Markovich*
Raymond J. Markovich, Esq.
*Counsel for the Plaintiffs*

cc:     All counsel (via e-mail)

**79 White Street; Suite 1W; New York, NY 10013-6019**
**Mailing Address: 351 Westbourne Drive; West Hollywood, CA 90048-1909**
**M: +1-323-401-8032 rjmarkovich@me.com**