```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
OKSANA BAIUL et al.,                                         :
                                                             :
                              Plaintiffs,                    :
                                                             :
              -v-                                            :        15-cv-9920 (KBF)
                                                             :
NBC SPORTS, a division of NBC Universal                      :             ORDER
Media LLC, a Delaware limited liability                      :
company, et al.,                                             :
                                                             :
                              Defendants.                    :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 1, 2016

KATHERINE B. FORREST, District Judge:

      The Court is in receipt of plaintiffs' request for an adjournment of the Initial Pretrial Conference in this action. (ECF No. 18.) The parties shall inform the Court whether, apart from plaintiffs' pending motion to remand this action to state court, either party intends to file any dispositive motions at this juncture, including motions for judgment on the pleadings under Rule 12(c). The parties shall so inform the Court not later than **February 5, 2016**.

      SO ORDERED.

Dated:     New York, New York
              February 1, 2016

                                                                            KATHERINE B. FORREST
                                                                             United States District Judge