UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

OKSANA BAIUL et al.,

                      Plaintiffs,

                -v-

NBC SPORTS, a division of NBC Universal Media LLC, a Delaware limited liability company, et al.,

                      Defendants.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 7, 2016

15-cv-9920 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court hereby notifies the parties that it is seriously considering NBCUniversal's request that the Court impose sanctions against plaintiffs' counsel pursuant to 28 U.S.C. § 1927 and provide other appropriate affirmative relief. (See ECF Nos. 32, 34.) The Court further advises the parties that sanctions may be avoided if plaintiffs voluntarily dismiss this action <u>with prejudice</u> not later than **March 11, 2016**.

       SO ORDERED.

Dated:    New York, New York
            March 7, 2016

_____
KATHERINE B. FORREST
United States District Judge